UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SCOTT OSBORN,**

    **Plaintiff,**

**v.**

**CITY OF COLUMBUS, et al.,**

    **Defendants.**

**Case No. 2:20-cv-1229**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

The parties engaged in a settlement conference before the Court on August 31, 2023. The parties have settled. The Clerk is **DIRECTED** to vacate all pending trial dates. The parties are **DIRECTED** to enter a stipulation of dismissal within sixty (60) days of this Order or file a status report on the docket regarding the status of settlement. The Clerk is **DIRECTED** to **STAY** this case.

    **IT IS SO ORDERED.**

**9/1/2023**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**